15364.   BANK OF NEWBORN *v.* BLUE DIAMOND COAL SALES
COMPANY.

JENKINS, P. J.   "A bank cannot, without incurring liability to the true
owner, knowingly appropriate to the satisfaction of a debt due to it
by another trust funds deposited with it by him after the creation of
such debt." *American Trust & Banking Co.* v. *Boone*, 102 *Ga.* 202 (1),
204 (29 S. E. 182, 66 Am. St. R. 167, 40 L. R. A. 250); *Munnerlyn* v.
*Augusta Bank*, 88 *Ga.* 333, 337 (4), 338 (15 S. E. 467). There was evi-
dence, although disputed, from which the jury in this case were author-
ized to find that the defendant bank, at the time the funds in question
were deposited with it to his individual account by its debtor, had notice
of the ownership or trust of the plaintiff; and, the defendant's motion
for a new trial being based on general grounds only, and the trial judge
having, in the proper exercise of his discretion, refused a new trial, this
court cannot interfere.

                    *Judgment affirmed. Stephens and Bell, JJ., concur.*
                          DECIDED JUNE 16, 1924.

Complaint; from Newton superior court—Judge Hutcheson.
December 15, 1923.

  *W. H. Key, Reuben M. Tuck,* for plaintiff in error.
  *C. C. King,* contra.